IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| SHANNON TERRELL CAMERON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-109 |
| | ) | |
| TROUP COUNTY JAIL; MARTY REEVES, | ) | |
| Captain; FNU BOLT, Sgt.; BILLY GREEN, | ) | |
| Sgt.; FNU BROWN, Officer; FNU LONG, | ) | |
| Officer; MONQUIE KIRBY, Chief District | ) | |
| Attorney, Troup County Federal Courthouse; | ) | |
| TISHA DALE HUBBERT, Officer; and | ) | |
| SHERIFF JAMES WOODRUFF, | ) | |
| | ) | |
| Defendants.[1] | ) | |

# ORDER

Plaintiff filed the above-captioned case in the Dublin Division of this Court even though all of the named defendants are located in Lagrange, Troup County, Georgia and most of the events in Plaintiff's complaint are alleged to have occurred in Troup County. (See doc no. 1, p. 4-6.) Because Troup County is situated in the Northern District of Georgia, the proper venue for this action is the Newnan Division of the Northern District of Georgia, not the Southern District of Georgia. 28 U.S.C. § 1391(b).

---

[1] The **CLERK** is **DIRECTED** to modify the docket to reflect the caption as it appears here, which is consistent with Plaintiff's complaint. (See doc. no. 1, p. 4.) Plaintiff includes Monquie Kirby, Tisha Dale Hubbert, and Sheriff James Woodruff as Defendants on page four of the complaint.

In the interest of justice, instead of dismissing this action, the Court may transfer the case to the court in which venue would be proper. 28 U.S.C. § 1406(a). Because it appears that the case should have been filed in the Northern District of Georgia, transfer to that District is appropriate.

Therefore, the Court hereby **ORDERS** that the above-captioned case be **TRANSFERRED** to the United States District Court for the Northern District of Georgia, Newnan Division, for further consideration. The Court also **DIRECTS** the Clerk to forward the file to that district.

SO ORDERED this 27 day of Oct, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE